IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02513-MSK-CBS

DAREK N. KASSEM, a minor child, by and through his parents,
TAREK M. KASSEM, and
JENAN M. KASSEM,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
DOUGLAS COUNTY SCHOOL BOARD,
KATHRYN TRUGLIO,
RICHARD O'CONNELL, and
JIM BRICKEY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiffs' Opposed Motion for Entry of Protective Order (filed August 25, 2005; *doc. no. 22*) is **DENIED**, without prejudice.  Without some indication that Defendants have served discovery requests that encompass the confidential settlement agreement in Civil Action No. 04-cv-01597-EWN-CBS, Plaintiff's motion for protective order is premature.  Plaintiff may re-file his motion for protective order should future circumstances present a concrete dispute.

**DATED:**    September 8, 2005