IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02513-MSK-CBS

DAREK N. KASSEM, a minor child, by and through his parents,
TAREK M. KASSEM, and
JENAN M. KASSEM,

    Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
DOUGLAS COUNTY SCHOOL BOARD,
KATHRYN TRUGLIO,
RICHARD O'CONNELL, and
JIM BRICKEY,

    Defendants.

_____

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**
_____

    The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 22, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    The parties shall be prepared to address Plaintiff's Counsel's Notice and Motion for Withdrawal of Appearance **(docket nos. 47 and 48)**. Counsel shall *bring their calendars.*

DATED this 14th day of February 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge