IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02513-MSK-CBS

DAREK N. KASSEM, a minor child, by and through his parents,
TAREK M. KASSEM, and
JENAN M. KASSEM,

    Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
DOUGLAS COUNTY SCHOOL BOARD,
KATHRYN TRUGLIO,
RICHARD O'CONNELL, and
JIM BRICKEY,

    Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

    The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 23, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.* The parties shall be prepared to address the Motion for Withdrawal of Appearance **(#47)**.

    Dated this 14th day of February, 2006

                                                  **BY THE COURT:**

                                                  */s/ Marcia S. Krieger*

                                                  Marcia S. Krieger
                                                  United States District Judge