IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02513-MSK-CBS

DNK,[1] a minor child, by and through his parents,
TAREK M. KASSEM, and
JENAN M. KASSEM,

    Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
DOUGLAS COUNTY SCHOOL BOARD,
KATHRYN TRUGLIO,
RICHARD O'CONNELL, and
JIM BRICKEY,

    Defendants.

## ORDER TO SEAL

**IT IS ORDERED** that, upon representation of the Clerk's office that a document was not sealed due to error in transmission to the Court, and consistent with the policy set forth in Section VI of the Electronic Case Filing Procedures - Civil Cases, and D.C.COLO.LCivR 7.2(C), the document filed at docket entry **87** shall be sealed until determination of the accompanying motion to seal filed at docket entry **86**.

Dated this 9th day of June, 2006

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge

---

[1] The caption is amended to delete reference to the name of the minor child Plaintiff.