IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02513-MSK-CBS

DNK, a minor child, by and through his parents, TAREK M. KASSEM and JENAN M. KASSEM,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
DOUGLAS COUNTY SCHOOL BOARD,
KATHRYN TRUGLIO,
RICHARD O'CONNELL, and
JIM BRICKEY,

    Defendants.

_____

**ORDER**
_____

The Court having reviewed the Stipulated Agreement Regarding Costs and Fees, and being fully advised in the premises,

**FINDS** that pursuant to the Stipulated Agreement Regarding Costs and Fees, the parties agree that the Defendants will not request costs and will withdraw their Motion for Attorney Fees, and that the Plaintiffs will not appeal the Judgment entered in this matter. Such being the case, it is **ORDERED** that the Bill of Costs (**#99**) and the Motion for Attorney Fees (**#100**) are

deemed withdrawn, and the September 13, 2006 hearing is no longer necessary.

Dated this 12th day of September, 2006

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge